**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**DONOVAN JONES**                                                                                          **PLAINTIFF**

**v.**                           **CASE NO. 1:18-CV-00067-BSM-JTR**

**DAVID LUCAS, Sheriff, Jackson County**
**Sheriff Department, et al.**                                                    **DEFENDANTS**

## ORDER

After careful review, United States Magistrate Judge J. Thomas Ray's findings and
partial recommendation [Doc. No. 4] is adopted. Donovan Jones's claims against the
Jackson County Jail and its insurer, Defendant Doe, are dismissed with prejudice. The
claims against Travis Chapman and Kurt Cooper are dismissed without prejudice. The
failure to protect claim and state tort claims against Johnathon Seals and Winter Kendell may
proceed. The failure to protect, failure to train or supervise, delayed medical care, and state
tort claims against David Lucas may proceed. An *in forma pauperis* appeal would not be in
good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 31st day of May 2019.

_____
UNITED STATES DISTRICT JUDGE