IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DONOVAN JONES**                                                                                   **PLAINTIFF**
**ADC #149567**

v.                              **CASE NO. 1:18-CV-00067-BSM**

**DAVID LUCAS**, *et al.*                                                                           **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge J. Thomas Ray's recommended disposition [Doc. No. 44] is adopted and the defendants' motion for summary judgment [Doc. No. 31] is granted. Donovan Jones's 42 U.S.C. section 1983 claims against David Lucas, Johnathan Seals, and Winter Kendall are dismissed with prejudice. His tort claims arising under state law are dismissed without prejudice; Jones may pursue those claims in state court if he so chooses.

IT IS SO ORDERED, this 16th day of March, 2021.

/s/ Brian S. Miller
UNITED STATES DISTRICT JUDGE