IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DONOVAN JONES**                                                                                            **PLAINTIFF**
**ADC #149567**

v.                                    CASE NO. 1:18-CV-00067-BSM

**DAVID LUCAS**, *et al.*                                                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed.

IT IS SO ORDERED, this 16th day of March, 2021.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE